FILED
2021 Jul-08 AM 11:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

Dear Honorable Judge,

My name is Christina Sarratori. I moved to Alabama in 2019 in hopes of going back to school. I started a position at the University of Alabama, Birmingham, as a Cardiac Sonographer. I was chosen on a $10,000 sign on bonus. They offered me 100% tuition reimbursement. I served during the covid crisis and did not take a day off. I left upstate NY, my hometown of Buffalo, on a whim that this would be a blessing for myself and my family as my dream was to continue my education. Things did not go as planned.

From the start the journey was tough. The apartment I moved into Flooded with in the first week. I had no money and no family around to help, I had to re move myself right before I had to start work. Also, I was an 11 year domestic violence survivor and rape victim. I have already been through enough. This was supposed to be my big break for battling through what was meant to kill me.

I was living in Florida for a long time, so when I started my career, I wanted to go back to Buffalo to be with my family, that was in 2014. I met a lot of new friends that happened to be Buffalo Bills football players and I also spent wonderful, cherished; time with my grandparents and other relatives as well. I gave all that up to come work at UAB. I did have an online presence as an inspiration to my family and some fans, basically my athlete friends, who were crucial in helping get me through a really tough time after a tough relationship, and they weren't bench warmers they are all superstars, each one of them has a superbowl ring. I write/ RAP, but I wanted to also follow through with my education so that I could fulfill that dream for myself too. So I had to come offline a bit so I could maintain my career in the medical field and not be judged.  So I get to Alabama and I was arrested twice. Once for DUI. The officer that arrested me had the same exact name as the football player I used to run with a bit and have a BRIEF friendship with. In no way shape or form do I think he has anything to do with that but I did find it odd that that happened. I was also arrested for a trespassing charge at a down town bar, I was by myself, wasn't bothering anyone and was quickly escorted out. My police officer friend in Birmingham tells me that it was strictly political. I believe it was my race.  The statement from the officer said that I was "making racist comments" which is untrue. Most of the people I grew up with are from a different race so no one will ever believe that I was making racist comments. So while trying to focus on my job at UAB I had to adhere to two different sets of probation. My family and I probably paid $30,000 easily back into the system. I felt as if I was targeted here, as many people from out of state do feel. I have seen a lot of crazy things happen to people at UAB.

To start with, at UAB I was drugged, it was In the echo lab. I never said a word because I was scared. I am willing to submit to a lie detector test for all of this...

In addition to the hardships I endured and financial burdens from law enforcement, that I believe were set ups, I also had more unfortunate things happen to me at my job at the UAB. I would like to explain a little. The management went into their positions roughly 3-4 months before they brought me on. I helped them with everything they needed to help solidify their positions, as I do everyone, because I am the game changer: the problem solver. I never in my entire time working their ever had a bad word to say about anyone EVER. I always did right I always did what was best for this community and I did it proudly. Our lab is right off of the street, so one time we heard a really loud noise, a woman screaming like bloody murder at the door, other people heard too, but no one else ran to her besides me. I didn't care what was going on or what I was running into I ran to help – because that's what you're supposed to do. I found her down, I alerted appropriate response teams, I held her wound from bleeding and then told my manager to go stand at the scene – I had more work to do. She heard the commotion but was

just sitting in her office listening- doing absolutely nothing to check the presence of the threat at the door. And quite honestly, I don't think she cared at all. I asked her afterwards for the video of that because I knew it looked pretty heroic of me. And it was. But she laughed at the thought of that.

In all my other jobs I would get praise from the patients and the staff but not here. My manager would call me into the office to berede me with "why don't your other co workers want to work with you", and "you're getting patient complaints". she also invited me to her house so this is kinda odd. That same manager sat in her office quietly when she knew I was drugged and also did nothing to help me. Knowing that I was on probation and doing drug testing I could not be drugged, especially with out my consent. This is when I had a patient to scan!

At the 6 month mark as an employee I was supposed to be able to enroll in school – how ever about this time, she would write me up for meaningless silly things, which excluded a human being from going to school. Meanwhile I was loyal to this lady the entire time. Now I would like to explain the incident In which I am now homeless and at my witts end. I went into work one day, I went to retrieve a patient and some one " trendtracked" that I was standing in the way "twrirling my hair". I literally got called into the office for this and she told me to write a statement, had me turn my badge in- this is all 1 day before I was set to get my covid vaccine- which she knew about. (insert lie detector test because I cannot believe this happened to me). Also Trendtracking is a way for any employee to anonymously write complaint about another employee. So when this happened I asked for written proof, I asked who wrote it, she said nothing to me, told me to turn in my badge. I was dumbfounded and distraught. I was never asked to resign, I was never offered a furlough. They did an investigation into this incident and I got a phone call from her boss, Mr. Samuel Obilie-Monte, that I was fired. I kid you not, at this same time my grandmother in Buffalo was dying of Covid 19. I was on the phone with her around 1:30ish for over an hour, playing her favorite music, and some of mine. That was the toughest moment of my life. I knew that that very same day , oddly enough around 2:30 I think it was I had an interview with Mr. Oblie-Monte and I had no idea that I was going to be fired. I thought the interview was to save my job, because the incident was so silly that someone wrote. I made the pain staking choice to hang up on my grandmother as she died, to grab that phone call, In which I was fired. I thought that phone call would save my life. And it let me down. So I had to pick the pieces up and I stayed in Alabama as long as I could. My own students that I trained up were in positions to hire and didn't hire me in my moment of need. I had to cut my lease short. I still own $2,000 on that. I applied for the alabama rental assistance program , I met all the requirements and then a find gentleman who will rename name less "withdrew" my application because I was no longer living there. I couldn't afford to live there and I couldn't sit and dwell in the pain. I was in an unsafe situation, as my neighbor has assaulted me before too and I just really need some help. I am afraid that any situation or job I go into they are going to "trendtrack" me if they don't get what they want. Or just out of pure evil or jealousy or whatever. I have attached my patient comments, defending my character, and letters of recommendation to display my professionalism. But this here at UAB has tarnished my reputation. Please see the letter of termination, "based on the quality of care and patient safety concern" that's why I was terminated. What a slap in the face. I have great relationships with the doctors. We still speak almost daily. They had no idea what happened. Nor can they control the management. One doctor in particular told me that Jennifer Anderson, just didn't like me. And that she continues to give me a bad review and slander my name. That is why I am filing a lawsuit against the UAB/Jennifer Anderson. I am asking for monetary funds. I made about 70,000 a year. I would like two years pay. Which is 140,000. I want the back money from

the arrests. And I need money for therapy. I want money for my education. I am asking for $600,000. I wanted to go to medical school. I think medial school might be even more that $600,000. Please hear my cry for help. The bullying is not going to stop. I am the littlest one, with the biggest work load every where I go. It's not gonna stop. The trendtracking is not going to stop. I need UAB to pay me what they owe me for pain and suffering and taking my home away from me. Taking me away from my family, my rap career. Also, I did my community service for Birmingham PD, and after I finished, they stated I needed to redo it. And assigned me to the boutwell. When I pulled up that morning uncover police officers sitting behind me told they were out specifically there to look for a rapist. This is real life I cannot make this up.

I thank you for taking the time to read this letter. This is so very difficult for me to get through. Please help me get to a resolution in which I will be able to recover from the number of unfortunate events that occurred to me.  False slander is not ok. They false slandered my name, which is my livelihood. That's bad business. They drugged me. She knew. They did nothing to help. Upon my termination I came forward to HR about being drugged and they responded with nothing. I couldn't so much as get my BLS card from them. I am terrified to find and start a new job. My confidence is gone. The fear is paralyzing.

- Christina Sarratori

Ps- I would like to take a lie detector test.

$$\mathcal{C}.\mathcal{L} \\ 7|\partial|\partial\backslash$$

{document 1}64641-5454-

Dear Judge, Based on the Life Act of 2021 – A person shall not be discriminated against in a form of jealousy, betrayal or foul language. A person shall not be punished or terminated for good behavior. A person shall not be judged because of their small size/figure.

Content As Follows: Document 1, notice of intent to sue, page 1.

1. Letter to the Judge
2. Letter of Termination
3. Documented Evidence
4. Charge of Discrimination–Admissible in Court Plaintiff wish to attest to polygraph.
5. EEOC Dismissal/Notice of Rights
6. Previous & UAB letters of recommendation documenting my career profile. ((8 years into the medical field))
7. Patient compliment profile attesting to Christina Sarratori assessment of character
8. Polygraph agreeable form
9. Essential worker COVID 19

*Contact information:*

Christina Sarratori

716-289-1755

Christina Sarratori@gmail.com

Contact Information     Self Representation/Prose

Birmingham

Hugo L. Black United States Courthouse

1729 5th Avenue North

Birmingham, AL 35203

Main: (205) 278-1700

C. S    7/2/21

6-25-2021 {document 1}

**B. PRO SE LITIGANTS**

Pro se litigants shall file paper originals of all complaints, pleadings, motions, affidavits, briefs, and other documents which must be signed or which require either verification or an unsworn declaration under any rule or statute. The Clerk's office will scan and file the document electronically and retain the paper original. The official court record will be the electronic file maintained on the court's servers.

Payment fees to clerk will be made upon request. providing services authorized by the Criminal Justice Act, 18 U.S.C. § 3006,

Page 1

CS

Q.

**Letter of Intent to sue/formal complaint: Christina Sarratori VS** University of Alabama/State AL

1720 2nd Avenue South

Birmingham, Alabama 35294

*Settlement Demand

1. PAYMENT. $31,000,000. USD. Motion sealed. Negotiable. CS

**RE: Notice of Intent to Sue, Document1**

(1) United States plaintiff. Jurisdiction based on 28 U.S.C. §§ 1345 and 1348

**Dear Honorable Judge according to the below and prosperous act of 1964, I'm and filing a lawsuit against the University of Alabama.**

# Civil Rights Act of 1964



The Civil Rights Act of 1964 is a landmark civil rights and labor law in the United States that outlaws discrimination based on race, color, religion, sex, national origin, and later sexual orientation and gender identity. It prohibits unequal application of voter registration requirements, racial segregation in schools and public accommodations, and employment discrimination. The act "remains one of the most significant legislative achievements in American history".

EEOC Form 161 (11/2020)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: Christina Sarratori 117 Meadow Drive Birmingham, AL 35242 | From: Birmingham District Office Ridge Park Place 1130 22nd Street South Birmingham, AL 35205 |
|---|---|

| | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) | |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 420-2021-00871 | DEBRA N. POWELL, Investigator | (205) 651-7019 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

SHERI GUENSTER
Digitally signed by SHERI GUENSTER
Date: 2021.05.17 10:41:02 -05'00'

Enclosures(s)

/for **BRADLEY A. ANDERSON,**
**District Director**

(Date Issued)

cc: **UAB MEDICINE**
**c/o Christopher Driskill, HR Manager**
**AB 210 - 1920 2nd Avenue South**
**Birmingham, AL 35294**

Enclosure with EEOC
Form 161 (11/2020)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice**. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *issued* to you** (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

## PRIVATE SUIT RIGHTS -- Equal Pay Act (EPA):

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

## ATTORNEY REPRESENTATION -- Title VII, the ADA or GINA:

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

## ATTORNEY REFERRAL AND EEOC ASSISTANCE -- All Statutes:

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | | ☐ FEPA | |
| | | ☒ EEOC | 420-2021-00871 |
| | | | and EEOC |

State or local Agency, if any

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| **CHRISTINA SARRATORI** | **(716) 289-1755** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **117 MEADOW DRIVE, BIRMINGHAM, AL 35242** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| **UNIVERSITY OF ALABAMA MEDICINE** | **501+** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **1802 6TH AVENUE SOUTH, BIRMINGHAM, AL 35233** | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
| | Earliest | Latest |

☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN

☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION

☐ OTHER *(Specify)*

**01-13-2021     01-17-2021**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**I am Female.  I was hired in May 2019, as a Cardiac Sonographer.  During my employment Jennifer Anderson, who is also Female, was my supervisor. Of the Cardia Sonographers, I was assigned the heaviest workload and I was assigned the patients that others in my job class did not want to treat.**

**During my employment, I was subjected to bullying because of my appearance, because I do not fit in, and because my coworkers are territorial. I was also drugged while I was at work. Although the effects of the drug only lasted about 15 minutes, Jennifer was aware of the situation, but she did not do anything to help me. Jennifer has told me that patients and coworkers did not want to work with me, which could not be true because I have received praise from patients stating that I am nice.**
**On or about January 12, 2021, an unnamed Nuclear Medical Technician told me that I could not stand in a specific area; however, I was in the area to retrieve a patient. The next day, I was asked to write a statement.  Jennifer informed me that I had been falsely accused of**

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by Christina Sarratori on 04-30-2021 01:06 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 420-2021-00871 |
| | | and EEOC |

*State or local Agency, if any*

standing in the lobby twirling my hair, which is not true.   I was also told by Jennifer Anderson that, I was a patient safety concern for the incident in which I tried to retrieve my patient. If I try to open my own Cardiac Sonographer business in the future this filing cannot be as such, which is false slander. On January 13, 2021, I was told that it would be best if resigned and I was told that I would receive a letter in the mail to confirm the details of the investigation.  On January 17, 2021, I was placed on unpaid leave pending the outcome of the investigation.  Since that time, my employment has been terminated. I have heard from fellow MDs (nameless) that Jennifer Anderson continues to give me a bad review.

I believe that I have subjected to bullying and harassment because of my sex (Female), my skin color, my hair color my weight, and my personality. in violation Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Christina Sarratori on 04-30-2021 01:06 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |



**UAB HOSPITAL**

January 15, 2021

Christina Sarratori
117 Meadow Drive
Birmingham, Alabama 35242

Christina,

As a follow-up to our discussion on January 13, 2021, this will serve as written confirmation of your termination of employment effective January 13, 2021. Since your hire date of May 13, 2019 you received a written warning on December 15, 2020 for time management and productivity expectations.

You were placed on unpaid administrative leave on January 7, 2021 during an investigation about a patient incident that occurred on January 5th reported in Trend Tracker and witnessed by others. You were also asked to submit a statement regarding the incident which you did.

Per UAB's Enterprise Code of Conduct:   "With respect to patient care, UAB community members are expected to:
•Provide the highest quality of care by reaching for excellence;
•Do the right thing, at the right time, for the right person and have the best possible result; and
•Partner innovative medicine and technology with compassionate care that is safe, effective, patient-centered, timely, efficient, and equitable."

Based on quality of care and patient safety concerns, the decision was made to issue termination of employment effective January 13, 2021.

You will be paid for regular time worked up through your last day worked on the upcoming regular payroll cycle.  For exit benefit questions, contact the UAB Benefits Office at 205-934-3458 or online at benefits@uab.edu . Any UAB property should be returned at this time.  Please visit Leaving UAB at https://www.uab.edu/humanresources/home/leaving-uab for information, including unemployment compensation that will be useful to you in your transition.

The services of the Employee Assistance and Counseling Center are available for you for up to 3 months from termination date.  You can review their services via the web at www.uab.edu/eacc or contact them at 205-934-2281.

Sincerely,

S.Mante

Samuel Obilie-Monte, MBA, MIS, RD CS, RVT, LBBP
Senior Director – CV Imaging
Ambulatory Services

Cc: Employee File # 1100005

MUNICIPAL COURT
**City of Mountain Brook**
56 Church Street
Mountain Brook, AL 35213

## NOTICE OF CONTINUANCE

# IN THE MUNICIPAL COURT OF MOUNTAIN BROOK, ALABAMA
# MUNICIPALITY OF MOUNTAIN BROOK

## v.

## CHRISTINA MARIE SARRATORI, DEFENDANT

Wed Nov 27, 2019

To the Defendant of the Cases listed below:

| Case # | Officer | Attorney | Court Date |
|--------|---------|----------|------------|
| TR19-0003202 | S. WATKINS UNDER THE INFLUENCE OF ALCOHOL | JOSEPH KREPS | Wed Feb 19, 2020  3:00 PM |
| TR19-0003203 | S. WATKINS EXPIRED TAG | JOSEPH KREPS | Wed Feb 19, 2020  3:00 PM |

The above cases have been continued on the court docket to the times specified.

REASON CONTINUED:  COURT TIME CHANGED TO 3:00PM

Defendant is ordered to appear in court and answer to the above charges at this time.

If you have any questions please call  (205) 802-3828.

(Please bring this order with you.)

.....................................................................................................................................

Mountain Brook Municipal Court
P.O. Box 130009
Mountain Brook, AL 35213-0009

_____
Magistrate/Court Clerk

CHRISTINA MARIE SARRATORI
302 MEADOW DR
BIRMINGHAM, AL  35242

Mountain Brook Municipal Court

 Gmail

## (no subject)

3 messages

Tia <christina.sarratori@gmail.com>
To: Trevor Roderick-Wood <Trevor.Roderick-Wood@hornellp,com>

Mon, Jun 7, 2021 at 1:47 PM

Hello,

All the work I did for that application you should have been able to do better for me. Can you please review the application again? Or- please send me the reason in writing as to why you withdrew the application. I met all the requirements. Rule me in stop ruling me out!!

-Christina

Trevor Roderick-Wood <Trevor.Roderick-Wood@hornellp.com>
To: Tia <christina.sarratori@gmail.com>

Mon, Jun 7, 2021 at 2:32 PM

Contact **1-833-620-2434** for any claims if you believe to still be eligible for this program. The guidelines follow if you no longer live at the residing address you are seeking for rental assistance we are unable to assist you.

**From:** Tia <christina.sarratori@gmail.com>
**Sent:** Monday, June 7, 2021 1:47 PM
**To:** Trevor Roderick-Wood <Trevor.Roderick-Wood@hornellp.com>
**Subject:**

[Quoted text hidden]

Tia <christina.sarratori@gmail.com>
To: Trevor Roderick-Wood <Trevor.Roderick-Wood@hornellp.com>

Mon, Jun 7, 2021 at 2:33 PM

Thank you Trevor! Hope you have a good day!
[Quoted text hidden]

 Gmail

**Tia <christina.sarratori@gmail.com>**

# Brook Highland Place: Please make a payment

**Dasmen Residential** <support@payready.com>
Reply-To: tpalumbo@dasmenresidential.com
To: Christina Sarratori <christina.sarratori@gmail.com>

Sat, Apr 24, 2021 at 2:40 PM

 **Terri Palumbo**
Ramsey, NJ 07446
8885833212 x 729

04/24/2021

Dear Christina,

Thank you for being a valued resident of **Brook Highland Place.** We were happy to have you and sad to see you go. Please be aware that you have a current account balance of **$2,249.45** that is due upon receipt of this email. Conveniently, your move-out statement is online from **Brook Highland Place** for you to view!

Only the charges you are responsible for are included in your move-out statement. If you are unable to pay the entire balance at this time, we will accept payments during this period.

You can easily set up a payment arrangement in minutes when you click on the "Pay Balance" button and use the ID provided below.

Account ID: 37034177

We appreciate you chose **Brook Highland Place** as your home. Please contact us to discuss payment arrangements at **888-583-3212 x 729.**

Thank you,
On behalf of Brook Highland Place

**Account ID:**
37034177

**Account Balance:**
$2,249.45

**Apartment:**
117 Meadow Drive #L0117, Birmingham, AL 35242

If you have any questions regarding your charges, please feel free to contact us and we will be happy to answer them for you.

Thanks in advance!

**View Account Online:**
Click here to view your account online.

If you have any questions, please call Terri Palumbo at 8885833212 x 729.

 Gmail

**Tia <christina.sarratori@gmail.com>**

## NEED OUT NOW

Tia <christina.sarratori@gmail.com>
Draft To: Susan Hyche <bhpmanager@dasmenresidential.com>

Sun, Apr 14, 2019 at 11:32 AM

Hi Susan,

It's Christina Sarratori, 302 Meadow drive. The apartment is flooded. I cannot stay here tonight. Something needs to happen today. Way too much water,/water damage. The water is making me sick. I moved in less than a week ago, I have a tiny animal. I cannot stay here. Morgan is trying to tell me to contact my renters insurance for damages. What I'm worried about right now is having a safe place to sleep tonight. Everything on the floor in the closet is wet. The computer, keyboard, my writings, clothes etc. I wanted to talk to maintence myself but your staff keeps picking up the maintenance line when I call. I need help with cleaning up and moving into a new apartment. I have a lot of my plate and not a lot of time to get all this done. I really need the clothes and blankets and smaller carpets in here dried. I don't have the extra money to pay for that. And I need a new apartment that doesn't have flooding issues. I am a survivor of an 11 year torture session of domestic abuse. I have worked so hard to get healthy, free and get myself in this position to start my new job at UAB, which starts soon. I do not have the time to be do not have money to waste. This is a big deal for me right now and I need some where safe to rest my head.



30 NORTH UNION RD., WILLIAMSVILLE, NY 14221
2780 DELAWARE AVE., SUITE 201, KENMORE, NY 14217
3799 COMMERCE CT., SUITE 100, WHEATFIELD, NY 14120
1416 SWEETHOME RD #12, AMHERST, NY 14228
OFFICE: 716.839.8000
FAX: 716.839.8009

June 27, 2018

Ref:    Christina Sarratori
        275 a WHITE HALL DR
        Rochester, NY 14616
        Date of Birth   :

To Whom it May Concern:
The above patient is under my care for treatment of major depressive disorder with anxiety.
She needs an emotional support animal for travel.

Sincerely,

*Angelika Snyder DO*

Angelika Snyder, DO

Electronically signed by Angelika Snyder, D.O. on 06/27/2018



**Greystone Family Medicine**

6930 Cahaba Valley Road, Suite 102
Birmingham, AL 35242
(205) 783-5207

Michael C. Swanson, M.D.                                    Elizabeth Stevenson, M.D.

June 29, 2020

To Whom It May Concern:

Let it be known that I am a licensed physician in the state of Alabama and am the primary care
physician for the below mentioned patient.

Ms. Christina Sarratori is a patient of mine whom I treat for major depressive disorder,
obsessive compulsive disorder, and generalized anxiety disorder and has done well on her
current medical regimen; she does require the support of an emotional support animal for
adjunctive treatment of these conditions. Without her support animal she does indeed greatly
suffer and is severely limited in her activities including but not limited to travel.

It is my medical opinion the Ms. Sarratori be allowed to travel in direct contact with her
emotional support animal so that she may avoid any unnecessary suffering that would occur
should that continued contact not be allowed.

Please feel free to contact me if any further information is needed.

Sincerely,

m.

Michael C. Swanson, M.D.
Alabama Medical License Number 14185
Licensed 1988 to present

Erica Perez, RN, MSNErica Perez, RN MSN
5430 Van Cruyningham Rd. Williamson, NY 14589
Phone: 585-766-4370 Email: Erica.Perez@rochesterregional.org

August 2, 2018

To Whom It May Concern,

Please accept this letter of recommendation on behalf of Christina
Sarratori, Cardiac Sonographer. I have had the pleasure of working
with Tia both as a colleague and leader. Tia consistently
demonstrates character and honesty. She is courteous and
professional to patients and staff alike. She demonstrates a
willingness to help others and always presents with a positive
attitude and smile. Tia's studies, imaging and input is trusted and
respected by the Cardiologists that she works with. She has shown
tremendous growth in her technical abilities and consistently seeks
out opportunities to learn and grow. It is an honor to recommend her
for a position at your facility.

Sincerely,

Erica Perez, RN MSN

# NORTHTOWNS // CARDIOLOGY PLLC

Dennis Chugh, MD, FACC     Muzamil Rana, MD, FACC     Steven Horn, MD, FACC

5530 Sheridan Drive, Suite 2, Williamsville, NY 14221

Tel: (716) 580-3810          Fax: (716) 932-7094

February 17, 2016

To Whom It May Concern,

It is our pleasure to write this letter of recommendation for Christina Sarratori who was employed as an Echo Technician here at Northtowns Cardiology for the last two years.

In the time that Christina worked at our practice, we found her to be a hard-working, reliable and pleasant addition to our staff. She consistently pushed herself to become a better technician and last summer she became proficient at performing cardiac stress echocardiograms of patients on a treadmill. More than any of our other technicians, Christina's patients often expressed to our practice administrator their happiness with her care for them. None of us can recall a single time in her two years with us that she called in sick or was even late to work. In fact, she would often volunteer to stay late whenever necessary for the convenience of our patients and her coworkers. Christina also performed very well with no supervision as our mobile echo technician. That important responsibility took her out of our office for 3 half days each week during which time she consistently represented our practice in a friendly and professional manner. In her time with us, Christina performed in excess of 2,600 studies including over 400 stress echo's.

We are confident that Christina has a long and successful career ahead of her as an echo tech. We can confidently recommend her for employment either in a hospital or private practice setting as she will take with her the skills she has developed here at Northtowns Cardiology. If you wish to speak with any of us personally regarding questions you may have about Christina's tenure with us, we may be reached in our office at 716-580-3810.

Best Regards,

Dennis Chugh, MD, FACC          Muzamil Rana, MD, FACC          Steven Horn, MD, FACC

# **Letter of Recommendation for Christina Sarratori (Tia)**

April 17, 2021

To Whom It May Concern

I am extremely pleased to write this letter of recommendation for Christina Sarratori (Tia). I have known Tia for 2 years since she started working with us as a cardiac ultrasonographer in the Echocardiograpy Laboratory. This is a section of the Division of Cardiovascular Diseases at the University of Alabama at Birmingham.

As an attending physician in the echocardiography laboratory, I have had the opportunity to work with Tia on a regular basis. Based on my experience in working with her, I found her very intelligent, conscientious, hardworking, and dedicated professional. Her technical skills of echocardiography are excellent. I have been consistently impressed by her attitude towards her work and being a good team player. As an individual, Tia has a warm personality and always has a smile for everyone. She relates very well with co-workers and staff in our echocardiography laboratory.

I am confident that Tia would be a tremendous asset to your institution, and I, therefore, strongly recommend and support her application for the position.

If I can be of further assistance, please do not hesitate to contact me.

Sincerely,

Pohoey Fan, M.D.
Professor of Medicine
Department of Medicine
Division of Cardiovascular Diseases
University of Alabama at Birmingham
619 S 19th St.   SW-S 102
Birmingham, AL 35233
Email: pohoey.fan@gmail.com ; pfan@uabmc.edu
Tel: 205-934-1753

# NORTHTOWNS / | / CARDIOLOGY PLLC

Dennis Chugh, MD, FACC        Muzamil Rana, MD, FACC        Steven Horn, MD, FACC

5530 Sheridan Drive, Suite 2, Williamsville, NY 14221

Tel: (716) 580-3810            Fax: (716) 932-7094

February 3, 2016

Please accept this as proof of employment at Northtowns Cardiology for Christina Sarratori. Christina started with us as a full time Echo Technician on 2/3/2014. In that time, she has performed well over 2000 Echocardiograms and 200 Stress Echocardiograms. She became proficient in Stress Echo's in June of 2015.

Christina's primary responsibilities are conducting Echo's and Stress Echo's. This consumes 75% of her time. Her secondary responsibility involves contacting insurance companies to obtain proper authorizations which consumes the balance.

Please feel free to contact myself or the practice administrator (Peter Holdsworth) here at Northtowns Cardiology if you have questions about the content of this letter.

Best Regards,

Muzamil Rana, MD, FACC

Michael Trump RCS
1544 Laurel Lane
Gardendale, AL 35071
727.645.2844

To whom it may concern,

    With interest to Christina (Tia) Sarratori, this is a letter of reference and testament to her viability as a co-worker and sonographer. The short time Tia worked with us, she was the one person we could count on to cheer us up in the mornings and on busy days; it's a shame to have lost her as a co-worker, but we all must grow, I wish her the best. Skillset, Tia is a fantastic imager who can hold her own on a busy day and still get good images. There is always room for improvement, and she was never shy about asking me or other structural heart sonographers for help with complex studies or diseases she had never seen. She was open to constructive criticism and didn't try to prove and points when asking for help. Tia was willing to go above and beyond to be a team player; she could be counted on to help with bubble studies, running the machine while I scanned a challenging patient that required two hands on the probe and getting supplies ready for co-corkers who looked like they needed a little pick me up and help. She is excellent with patients and staff, empathetic to families and caregivers. There was, as far as I know, never a bad word spoken about her; you'll have a great team member with her on your staff that others can learn from on how to be kind while working the type on patients we see. I don't want this to be an overly praising letter; the gist of what I am saying is that she is a hard worker, competent and I would work with her again if the opportunity presented itself. Any questions feel free to email or call me.

Kindest Regards
Michael Trump RCS
michaeltrump@live.com

Erica Perez, Cardiology Manager (current) Rochester Regional Health.

| COMMENT | RECEIVED DATE | VISIT DATE | UNIT | SEX | AGE |
|---|---|---|---|---|---|
| **CARDIOLOGY** | | | | | |
| **POSITIVE COMMENTS** | | | | | |
| The staff was great. I didn't feel like I was doing a test, but was at the gym talking to people! | 2/9/2018 | 2/7/2018 | NIVC | Female | 65 |
| great reminders great videos to prepare | 2/16/2018 | 2/14/2018 | NIVC | Male | 60 |
| the care and treatment was over the top!! What a great team I can't say enough | 2/16/2018 | 2/14/2018 | NIVC | Male | 60 |
| very professional and caring staff | 2/16/2018 | 2/14/2018 | NIVC | Male | 60 |
| very through wouldn't go anywhere else will highly recommend | 2/16/2018 | 2/14/2018 | NIVC | Male | 60 |
| the medical professionals that administered my test were wonderful. Sarah, Derrick and Marial. | 2/16/2018 | 2/21/2018 | NIVC | Female | 62 |
| Beyond the professionalism that Tia displayed, she also was very engaging on a human level, I appreciate when staff takes the time to be a real person along with "doing the job". | 2/16/2018 | 2/22/2018 | NIVC | Male | 63 |
| This visit was the absolute perfect visit - almost made it fun to go have a test performed! | 2/23/2018 | 2/22/2018 | NIVC | Male | 63 |
| fantastic service from Tia, Mary, Vernon, and the receptionist. nice job. | 2/23/2018 | 2/20/2018 | NIVC | Male | 59 |
| Interactive was great but the tech was either new or just did not care . | 2/16/2018 | 2/14/2018 | NIVC | Male | 69 |
| definitely will recommend! | 2/16/2018 | 2/9/2018 | NIVC | Female | 62 |
| Your cardio staff was amazing they made me feel very welcome and at ease with the whole process. Tell them thank you. | 2/23/2018 | 2/16/2018 | NIVC | Male | 48 |
| excellent is the word to describe my experience with your staff. | 2/23/2018 | 2/16/2018 | NIVC | Male | 48 |
| no delays at all excellent service. | 2/23/2018 | 2/16/2018 | NIVC | Male | 48 |
| To describe your staff in football terms Super Bowl champs. | 2/23/2018 | 2/16/2018 | NIVC | Male | 48 |
| receptionist/front desk woman was friendly, courteous and did her job extremely well! | 2/9/2018 | 2/7/2018 | NIVC | Female | 67 |
| Mary (RN) and Vern (tech) couldn't have made the test any easier! they were friendly, knowledgeable and made you feel so at ease! they should be commended for the job they do! | 2/9/2018 | 2/7/2018 | NIVC | Female | 67 |
| if there was an "excellent" choice for how Mary and Vern worked together - I would have chosen that "excellent" choice!!! | 2/9/2018 | 2/7/2018 | NIVC | Female | 67 |

**Miller, Christine**

| | |
|---|---|
| **From:** | Majchrzak, Laurie |
| **Sent:** | Friday, October 13, 2017 3:27 PM |
| **To:** | Miller, Christine |
| **Subject:** | wonderful staff |

Christine, I had a wonderful experience yesterday in your out patient setting and just wanted to let you know about it. I was scheduled for a stress echo and was feeling a little anxious about it. Everyone was so great and pleasant, from check in to check out. I wanted to let you know. Mary brought me back and was so wonderful during the whole testing process and made me feel more comfortable. ( if you can be comfortable during a stress echo)she told stories and made me laugh. Derek and Christina were also so great and professional and I really appreciated everyone's sense of humor. You truly have a first class team working for you and wanted to at least tell you of my gratitude and appreciation. Especially in this crazy world.

Thanks to all

Laurie Majchrzak

P.S. if by chance cardiology isn't your dept , please let me know so I can redirect this email



1

I have not had any complaints since coming here.
All very professional.

Excellent care was given from the minute I walked thru the door and checked in. The team doing my stress test eased my anxiety with their compassion. I was very impressed with everyone! Thank you

great experience. staff was polite,friendly and knowledgeable
very satisfied. Received results quickly.
was taken care of quickly

The registration process was simple and the secretaries were helpful.

The bedside manner, professionalism, and understanding of the staff who treated me were excellent! They helped ease any anxiety & answered my questions.

Thank you to all of the staff for a pleasant medical experience!

Sonographer - *Kristin Valaj was excellent! Your test/treatment.

staff created a relaxed and sometimes humorous environment. thanks.
The registration staff was so much fun and personable.

Christina was AWESOME! I was comfortable and at ease throughout the testing. She was easy to talk to and made the time go fast.

There were no concerns during the visit. There were no delays.

Patient Comments
Unity Hospital/ Rochester
                   Regional
                   Health
Per
Cardiac
Manager
    Erica  (current)
    Perez

| Comment | | | | | |
|---|---|---|---|---|---|
| I did not express my needs so #2 really doesn't apply. There were no delays and I did not see staff wash their hands, but that doesn't mean they didn't. | 2/16/2018 | 2/14/2018 | NIVC | Female | 71 |
| Very good experience.  Treatment good. | 2/20/2018 | 1/29/2018 | NIVC | Male | 82 |
| Very good. | 2/20/2018 | 1/29/2018 | NIVC | Male | 82 |
| Good experience.  Good waiting area. | 2/20/2018 | 1/29/2018 | NIVC | Male | 82 |
| Very good. | 2/20/2018 | 1/29/2018 | NIVC | Male | 82 |
| Very good. | 2/20/2018 | 1/29/2018 | NIVC | Male | 82 |
| Very good experience | 2/20/2018 | 1/29/2018 | NIVC | Male | 75 |
| A great group of people who made the experience a very good experience | 2/9/2018 | 2/7/2018 | NIVC | Male | 75 |
| Easy to find | 2/9/2018 | 2/7/2018 | NIVC | Male | 75 |
| Very good experience which I was somewhat nervous about | 2/9/2018 | 2/7/2018 | NIVC | Male | 75 |
| Very good experience because the staff worked well together and made me relaxed and comfortable | 2/9/2018 | 2/7/2018 | NIVC | Male | 75 |
| i love coming here for my test the group is friendly and very efficient | 2/9/2018 | 2/7/2018 | NIVC | Male | 64 |
| everything was great | 2/9/2018 | 2/5/2018 | NIVC | Female | 62 |
| Mary, Tia, and Vernon were awesome.  very professional and personable. each one of them showed concern for me. I was very happy to have them. | 2/23/2018 | 2/20/2018 | NIVC | Male | 59 |
| **NEGATIVE COMMENTS** | | | | | |
| Subject:  Test results question I would like to know why the statement "Stress terminated due to shortness of breath and fatigue was included in the stress test results, I am offended by the inclusion of that statement.  I was in no way short of breath and fatigued.  I could have easily continued.  I did not ask that the test be stopped.  The attending RN stopped the test, for what reason I have no clue.  I would like an explanation, and I will also bring it to *Dr. Vannozzi's attention when I meet with him on February 12th. | 2/20/2018 | 1/30/2018 | NIVC | Male | 66 |
| During the test O started getting pain from the tech pushing to hard just under the nipple.I told the tech about it but she continued to do the test.  This happened to be where I had broken some ribs when I fell.  There was a mark there until this morning | 2/16/2018 | 2/14/2018 | | Male | 69 |

# RECOGNIZING
# EXCELLENCE

If you would like to thank someone on our team, please take a moment
to fill out this card and place it in one of the comment boxes located
throughout the hospital. Your remarks will be shared as we recognize
staff and departments that are mentioned. Thank you for your feedback!

Donna -Tia -Rick / staff) office also
_____
Name of staff member or department (optional)

Thomas Campopiavo
_____
Your name/room number (optional)

Comments: Fantastic service, friendly
professional, card about me.
I felt very safe.
Thank you

If you have questions or concerns,
please let us know by calling 585.723.7362.

## ROCHESTER
## REGIONAL HEALTH
### Unity Hospital

205508 | 07.2016

patient letter

From: Richard Cutt [mailto:cuttrd@aol.com]
Sent: Tuesday, January 09, 2018 1:09 PM
To: Perez, Erica; Richard Cutt
Subject: Stress Echo with Treadmill 01/03/18 0830 hours

Ms. Perez

I Richard D Cutt want to inform you of the fantastic staff
 I had for my Stress Echo with Treadmill test last week.
Nurse Mary Gentile went out of her way to go over everything
 with me and make sure she know all my concerns. Cardiac Tech
 Rick Kaseman got me ready and connected to the machine, and
Sonographer Christina Sarratori informed me all about the Echo
and when I needed Contrast Nurse Mary injected me without
 causing any bruising and Sonographer Christina explained
the test with the contrast.

All in all this was the best Stress Echo or Stress Treadmill
 test I have ever received in over twenty years,
and you should be very proud for this group and the way they worked together as one
unit.

Thanks again !!!

Richard D Cutt

585-734-4957

Sent from Mail for Windows 10

Page 1

# RECOGNIZING
# EXCELLENCE

If you would like to thank someone on our team, please take a moment
to fill out this card and place it in one of the comment boxes located
throughout the hospital. Your remarks will be shared as we recognize
staff and departments that are mentioned. Thank you for your feedback!

Tia

Name of staff member or department *(optional)*

L Marilyn LeRoy

Your name/room number *(optional)*

Comments: She was wonderful
and I was scared. She
put me completely at ease.
Very calm & easy going.
Your office help is all #1
too. Don't mine coming here

*If you have questions or concerns,*
*please let us know by calling 585.723.7362.*

## ROCHESTER
**REGIONAL** HEALTH
Unity Hospital

205508 | 07.2016

# RECOGNIZING EXCELLENCE

5/a 4/26/18

If you would like to thank someone on our team, please take a moment to fill out this card and place it in one of the comment boxes located throughout the hospital. Your remarks will be shared as we recognize staff and departments that are mentioned. Thank you for your feedback!

Tia

Name of staff member or department *[optional]*

Deborah Freitas

Your name/room number *[optional]*

Comments: What a wonderful experience I had with Tia. Was alittle stressed coming in but she put my worries to rest. Definate people person. Easy to talk with very uplifting.

If you have questions or concerns, please let us know by calling 585.723.7362.

Definate asset to this cardiology Dept!!

205508 | 07.2016

**ROCHESTER REGIONAL HEALTH**
Unity Hospital

7/25/18

# RECOGNIZING
# EXCELLENCE

If you would like to thank someone on our team, please take a moment to fill out this card and place it in one of the comment boxes located throughout the hospital. Your remarks will be shared as we recognize staff and departments that are mentioned. Thank you for your feedback!

Tia

Name of staff member or department (optional)

Ron Yancone

Your name/room number (optional)

Comments: Outstanding person

Would recommed this office

to all. I know that I

have been Cared for.

I feel better knowing

That I came today.

Thankyou Tia

If you have questions or concerns,
please let us know by calling 585.721.7962.

**ROCHESTER**
REGIONAL HEALTH
Unity Hospital

205838 || 07.2016

# RECOGNIZING EXCELLENCE

If you would like to thank someone on our team, please take a moment to fill out this card and place it in one of the comment boxes located throughout the hospital. Your remarks will be shared as we recognize staff and departments that are mentioned. Thank you for your feedback!

Sara Pickgria
Name of staff member or department (optional)

Eddie J Franco
Your name/room number (optional)

Comments: This staff made this
experience ALOT easier &
calmer than i thought it would
be. I wish i had this at all
my other visits.
        Thank you so much

Eddie Franco

**ROCHESTER**
REGIONAL HEALTH
Unity Hospital

*If you have questions or concerns,*
*please let us know by calling 585.723.7962.*

8/18

205568 | 07.2016

# RECOGNIZING
# EXCELLENCE

If you would like to thank someone on our team, please take a moment to fill out this card and place it in one of the comment boxes located throughout the hospital. Your remarks will be shared as we recognize staff and departments that are mentioned. Thank you for your feedback!

U. A

Name of staff member or department (optional)
WATERS WILLIAMS RE: JOHN WILL

Your name/room number (optional)

Comments:
112 is amazing, she was
was elementa + she was
so comfortful with him.
Ruth e person with a
special calling is T.A.
THANK you.

If you have questions or concerns,
please let us know by calling 585.723.7762

**ROCHESTER**
**REGIONAL HEALTH**
Unity Hospital

2/5506 1-07-2016

# RECOGNIZING
# EXCELLENCE

If you would like to thank someone on our team, please take a moment to fill out this card and place it in one of the comment boxes located throughout the hospital. Your remarks will be shared as we recognize staff and departments that are mentioned. Thank you for your feedback!

Till

Name of staff member or department *(optional)*

R. Marilyn LaRoy

Your name/room number *(optional)*

Comments: _She was wonderful and I was scared. She_
_put me completely at ease._
_Very calm + easy going._
_Your office helps so much #1_
_Lia, Richmond coming too._

*If you have questions or concerns,*
*please let us know by calling 585.723.7062.*

**ROCHESTER**
**REGIONAL HEALTH**
Unity Hospital

205SUR 1 07/2016

# RECOGNIZING
# EXCELLENCE

If you would like to thank someone on our team, please take a moment to fill out this card and place it in one of the comment boxes located throughout the hospital. Your remarks will be shared as we recognize staff and departments that are mentioned. Thank you for your feedback!

Donna
Name of staff member or department *(optional)*

Richard Volpe
Your name/room number *(optional)*

Comments: Both Tia and Donna besides demonstrating their admirable expertise were extremely pleasant (even humorous) which put me completely at ease. Bravo!

*If you have questions or concerns, please let us know by calling 585-723-7162.*

205508 | 07 2016

## ROCHESTER
**REGIONAL HEALTH**
Unity Hospital

# RECOGNIZING EXCELLENCE

If you would like to thank someone on our team, please take a moment to fill out this card and place it in one of the comment boxes located throughout the hospital. Your remarks will be shared as we recognize staff and departments that are mentioned. Thank you for your feedback!

Name of staff member or department (optional)
Tia, Sevil (echo mtm)

Your name/room number (optional)
Outpatient   HARRY FLAHERT

Comments:

BOTH TECHS WERE VERY

GENTLE, KIND & ANSWERED

MY QUESTIONS.

GOOD EXPERIENCE!

If you have questions or concerns,
please let us know by calling 505.7217962

**ROCHESTER**
**REGIONAL HEALTH**
Unity Hospital

.955391 | 07.2016

# RECOGNIZING
# EXCELLENCE

If you would like to thank someone on our team, please take a moment to fill out this card and place it in one of the comment boxes located throughout the hospital. Your remarks will be shared as we recognize staff and departments that are mentioned. Thank you for your feedback!

Christina (Tia)

Name of Staff member or department (optional)

Trisha Preston   (585) 392-2301

Your name/room number (optional)

Comments: Christina was so
sweet and caring before
during and after my Echo.
I have lots of pains due to
Fibro + prior surgeries. She
tried her best to help me
be comfortable
as I could be
during the Echo.

If you have questions or concerns,
please let us know by calling 585 723 7262

**ROCHESTER**
REGIONAL HEALTH
Unity Hospital

265438 1 (07/15)

# RECOGNIZING
# EXCELLENCE

If you would like to thank someone on our team, please take a moment to fill out this card and place it in one of the comment boxes located throughout the hospital. Your remarks will be shared as we recognize staff and departments that are mentioned. Thank you for your feedback!

Christine (Tina)
Name of staff member or department *(optional)*

Michelle
Your name/room number *(optional)*

Comments: انيلي ايلي Maa e me
Sa l ah ass col comfrt.ll EU.t
he s so l.a. das حلماعت قريعيابناحت

If you have questions or concerns,
please let us know by calling 585.723.7362

205528 | 07/20 A

## ROCHESTER
## REGIONAL HEALTH
Unity Hospital

# RECOGNIZING EXCELLENCE

10|9|18

If you would like to thank someone on our team, please take a moment to fill out this card and place it in one of the comment boxes located throughout the hospital. Your remarks will be shared as we recognize staff and departments that are mentioned. Thank you for your feedback!

Christy Tia Pick
Name of staff member or department (optional)

K Miller / 2607
Your name / room number (optional)

Comments: Fabulous folks this am.

_____

_____

_____

_____

*If you have questions or concerns,
please let us know by calling 585 723 7362.*

**ROCHESTER**
REGIONAL HEALTH
Unity Hospital

205508 1 07 2016

# RECOGNIZING EXCELLENCE

If you would like to thank someone on our team, please take a moment to fill out this card and place it in one of the comment boxes located throughout the hospital. Your remarks will be shared as we recognize staff and departments that are mentioned. Thank you for your feedback!

Name of staff member or department (optional)

Anika Lara    The senior RN
8/11/21

Your name/room number (optional)

Livia Clements

Comments: All three were professional, and anwered me what everything was going well. All three told me what was happening every step of the way. The ladies were so sweet and made me feel I. Thank you!

If you have questions or concerns,
please let us know by calling 585.723.7162

2015508 ! 07.2016

**ROCHESTER**
**REGIONAL HEALTH**
Unity Hospital

Document 1}}        **POLYGRAPH**

Part 8

I *Christina Sarratori,* request a polygraph test. I agree to take a voluntary polygraph. I waive the right for an attorney. Plaintiff is seeking settlement due to character assignation and false claims against her which resulted in her termination.

1. I am not a patient safety concern.
2. **Defendant does not have the right to drug me without my consent.**
3. Stating that someone is a "patient safety concern" is like telling some one that you can never work in healthcare again.
4. I was never asked to resign. I was never offered a furlough. I was never offered any kind of financial support upon termination. (from UAB)
5. I have great relationships with the Doctors.
6. I continue to hear that my name is being slandered. I will not name names but I will take a polygraph for everything in this entire deposition.

6/25/21

PT attempted to efile but do to self Representation, efile needed a bar code. thank you.



**THE UNIVERSITY OF
ALABAMA AT BIRMINGHAM**

June 1, 2020

Emergency Services Officials,

The bearer of this letter, _Christina Sarratori_, is an employee of UAB or UAB Medicine.

UAB is an internationally renowned research university and academic medical center that provides healthcare to the Birmingham Community and beyond. As such, our organization is labeled by authorities as an essential service provider during the COVID-19 pandemic and during the State of Emergency declared today due to civil unrest recently experienced within our community, as hospitals and research institutions provide critical services for patients and the community.

The bearer of this letter is providing those essential services as a UAB or UAB Medicine employee. We appreciate your consideration and understanding of their critical role during these unprecedented times.

To verify the authenticity of this letter, please ask our employee to display his/her UAB One Card/Photo ID as verification of their employment. Employees are instructed to produce this official ID on demand.

Sincerely,

Alesia M. Jones,
UAB Chief Human Resources Officer

**HUMAN RESOURCES**

210 Administration Building | 701 20th Street South   Mailing Address: AB 210 | 1720 2ND AVE SOUTH | BIRMINGHAM AL 35294-0102 phone: 205.934.5321 | fax: 205.975.9681 | www.uab.edu/humanresources