# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CHRISTINA SARRATORI,** } | |
| } | |
| **Plaintiff,** } | |
| } | |
| v. } | **Case No.: 2:21-cv-00924-MHH** |
| } | |
| **UAB MEDICINE,** } | |
| } | |
| **Defendant.** } | |

## ORDER

Following a telephone conference on February 28, 2022, the Court granted Ms. Sarratori 60 days to contact the Birmingham Volunteer Lawyers program and advise the Court whether she wished to pursue her lawsuit against UAB Medicine. The Court informed Ms. Sarratori that if she did not respond to the Court on or before April 29, 2022, the Court would dismiss this matter without prejudice.

To date, Ms. Sarratori has not responded to the Court. Accordingly, the Court dismisses this matter without prejudice for failure to prosecute.

**DONE** and **ORDERED** this May 2, 2022.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE